Edmond Nagle, Appellee, v. City of Chicago, a municipal corporation, Co-Party-Appellant and Michael Pontarelli, Inc., Appellant.

Gen. No. 47,075. 

First District, Second Division.

November 26, 1957.

Rehearing denied and opinion modified December 26, 1957.

Released for publication January 14, 1958.

John C. Melaniphy, Corporation Counsel of Chicago (Sydney R. Drebin, and Joan C. Miller, Assistant Corporation Counsel, of counsel) for defendant-co-party-appellant, and B. S. Quigley (Donald John Tufts, of counsel) for appellant, Michael Pontarelli, Inc.; Davis, Dietch & Ryan (William L. Ryan, of counsel) for plaintiff-appellee, Edmond Nagle. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.